Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

    Plaintiff,

v.                          Civil Action No. 2:15-cv-03002-WHW-CLW

ROBERT WALLER,

    Defendant.

_____/

### ENTRY OF DEFAULT

It appearing that the Complaint was filed in this case on April 29, 2015; that the Amended Complaint was filed on September 10, 2015; and that the summons and Amended Complaint were duly served upon Defendant, Robert Waller, on September 25, 2015 and no answer or other pleadings have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant Robert Waller as provided in Rule 55(a), Federal Rules of Civil procedure.

The Clerk shall terminate ECF No. 13.

By:_____
                        Deputy Clerk

SO ORDERED

*s/Cathy L. Waldor*
Cathy L. Waldor, U.S.M.J.
Date: 11/9/15

1

EXHIBIT B