NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Civ. No. 15-cv-03002 (WHW)(CLW) |
| ROBERT WALLER, | : | |
| Defendant. | : | |

### Walls, Senior District Judge

The matter having come before the Court on Plaintiff Malibu Media, LLC's Motion for Default Judgment, ECF No. 15, and Defendant Robert Waller's Motion to Set Aside the Clerk of the Court's Entry of Default against him, ECF No. 16, it is hereby ORDERED that:

1. Defendant's motion is granted and Plaintiff's motion is denied; and that

2. The Clerk of the Court set aside the entry of default against Defendant.

DATE: 15 January 2016

Hon. William H. Walls
Senior United States District Court Judge